1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   NOEL KEITH WATKINS,

11            Plaintiff,                    No. 2:  12-cv-1343 GEB JFM (PC)

12        vs.

13   VAMIL SINGH, et al.,

14            Defendants.              <u>ORDER</u>

15   _____/

16            Plaintiff has filed a motion for extension of time to file an amended complaint.

17   (<u>See</u> Dkt. No. 15.)  Good cause appearing, IT IS HEREBY ORDERED that:

18            1.  Plaintiff's November 20, 2012 motion for an extension of time (Dkt. No. 15.)

19   is GRANTED;

20            2.  Plaintiff is granted thirty (30) days from the date of this order in which to file

21   an amended complaint; and

22   /////

23   /////

24   /////

25   /////

26   /////

                                    1

3.  Plaintiff's November 26, 2012 motion for an extension of time (Dkt. No. 16.) is denied as duplicative.

DATED:  November 28, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

14
watk1343.36