IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NOEL KEITH WATKINS,

        Plaintiff,                    No. 2:12-cv-1343 GEB JFM (PC)

    vs.

VAMIL SINGH, et al.,

        Defendants.              <u>ORDER</u>

_____/

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>See</u> <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>See</u> <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's motion for the appointment of counsel will therefore be denied.

/////

/////

/////

Accordingly, IT IS HEREBY ORDERED that plaintiff's March 15, 2013 motion for the appointment of counsel is denied.

DATED: April 2, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

14
watk1343.31