IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NOEL KEITH WATKINS,

    Plaintiff,　　　　　　　　No. 2:12-cv-1343 TLN JFM (PC)

  vs.

VAMIL SINGH, et al.,

    Defendants.　　　　　　　　<u>ORDER</u>

_____/

       On June 4, 2013, plaintiff filed a motion seeking declarative and injunctive relief. (ECF No. 45.) Defendants have yet to appear in this matter. It appears from plaintiff's motion that he is seeking the relief he requests in his operative first amended complaint, rather than temporary relief pending resolution of this litigation. Therefore, plaintiff's motion will be denied without prejudice to its renewal, if otherwise appropriate, following defendants' appearance in this action. Accordingly, IT IS HEREBY ORDERED that plaintiff's June 4, 2013, motion for declarative and injunctive relief (ECF No. 45) is denied without prejudice.

DATED: June 18, 2013.

                                 /s/ Dale A. Drozd
                                 DALE A. DROZD
                                 UNITED STATES MAGISTRATE JUDGE

watk1343.mot

1