UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEL KEITH WATKINS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VAMIL SINGH et al.,<br><br>　　　　Defendants. | No. 2:12-cv-1343 GEB DAD P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se seeking relief pursuant to 42 U.S.C. § 1983. On June 27, 2014, the undersigned issued findings and recommendations, recommending that defendants' amended motion to dismiss be granted. On August 20, 2014, the assigned District Judge adopted those findings and recommendations in full and granted defendants' amended motion to dismiss. The court entered judgment on the same day. Plaintiff has since filed two motions for a certificate of appealability. Plaintiff is advised that while certificates of appealability are required in habeas corpus actions they are not needed in a civil rights action such as this one. If plaintiff wishes to appeal the judgment in this case, he should file a notice of appeal in accordance with the Federal Rules of Appellate Procedure. See Fed. R. App. P. 3 & 4.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motions for a certificate of appealability (Doc. No. 73 & 76) are denied.

Dated: August 29, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
watk1343.appeal