FILED

JAN 13 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NOEL KEITH WATKINS,<br><br>            Plaintiff - Appellant,<br><br> v.<br><br>SPEARS; et al.,<br><br>            Defendants - Appellees. | No. 14-17585<br><br>D.C. No. 2:12-cv-01343-TLN<br>Eastern District of California,<br>Sacramento<br><br><br>ORDER |

Before: GRABER, CALLAHAN, and CHRISTEN, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the notice of appeal, served on November 25, 2014 and filed on November 28, 2014, was not filed or delivered to prison officials within 30 days after the district court's judgment entered on August 20, 2014. *See* 28 U.S.C. § 2107(a); *United States v. Sadler*, 480 F.3d 932, 937 (9th Cir. 2007) (requirement of timely notice of appeal is jurisdictional). Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED.**

SM/Pro Se